IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP<br><br>    Plaintiff,<br><br>    v.<br><br>AOL LLC, et. al.<br><br>    Defendants. | C.A. No. 1:08-cv-01009-GBL-IDD |

## REMBRANDT'S ANSWER TO CAVALIER'S COUNTERCLAIMS

Plaintiff, Rembrandt Data Technologies, LP ("Rembrandt"), by counsel, hereby responds to Cavalier Telephone LLC's Counter-Claims in this action as follows:

**Parties**

1. Rembrandt admits the allegations of this paragraph.

2. Rembrandt admits the allegations of this paragraph.

**Jurisdiction and Venue**

3. Rembrandt only admits that this action purports to be an action for declaratory judgment under 28 U.S.C. §§ 2201 et seq. and that the Court has subject matter jurisdiction over these Counter-Claims under 28 U.S.C. §§ 1331, 1338(a), and 2201.

4. Rembrandt admits the allegations of this paragraph.

5. Rembrandt admits that venue is proper under 28 U.S.C. §§ 1391.

**Count I: Declaration of Non-infringement of U.S. Patent No. 5,602,869**

6. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 of these Counterclaims.

7. Rembrandt admits the allegations of this paragraph.

8. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the infringement of the '869 Patent by Cavalier.

9. Rembrandt denies the allegations of this paragraph.

### Count II: Declaration of Non-infringement of U.S. Patent No. 5,251,236

10. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 of these Counterclaims.

11. Rembrandt admits the allegations of this paragraph.

12. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the infringement of the '236 Patent by Cavalier.

13. Rembrandt denies the allegations of this paragraph.

### Count III: Declaration of Non-infringement of U.S. Patent No. 5,311,578

14. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 of these Counterclaims.

15. Rembrandt admits the allegations of this paragraph.

16. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the infringement of the '578 Patent by Cavalier.

17. Rembrandt denies the allegations of this paragraph.

### Count IV: Declaration of Non-infringement of U.S. Patent No. 5,844,944

18. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 of these Counterclaims.

19. Rembrandt admits the allegations of this paragraph.

20. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the infringement of the '944 Patent by Cavalier.

21. Rembrandt denies the allegations of this paragraph.

### Count V: Declaration of Invalidity of U.S. Patent No. 5,602,869

22. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-9 of these Counterclaims.

23. Rembrandt admits the allegations of this paragraph

24. Rembrandt denies the allegations of this paragraph

25. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the validity of the '869 Patent.

26. Rembrandt denies the allegations of this paragraph.

### Count VI: Declaration of Invalidity of U.S. Patent No. 5,251,236

27. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 and 10-13 of these Counterclaims.

28. Rembrandt admits the allegations of this paragraph

29. Rembrandt denies the allegations of this paragraph

30. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the validity of the '236 Patent.

31. Rembrandt denies the allegations of this paragraph.

### Count VII: Declaration of Invalidity of U.S. Patent No. 5,311,578

32. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 and 14-17 of these Counterclaims.

33. Rembrandt admits the allegations of this paragraph

34. Rembrandt denies the allegations of this paragraph

35. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the validity of the '578 Patent.

36. Rembrandt denies the allegations of this paragraph.

### Count VIII: Declaration of Invalidity of U.S. Patent No. 5,844,944

37. Rembrandt re-alleges and incorporates herein by reference the responses to the allegations stated in paragraphs 1-5 and 18-21 of these Counterclaims.

38. Rembrandt admits the allegations of this paragraph

39. Rembrandt denies the allegations of this paragraph

40. Rembrandt admits that a case or controversy exists between Rembrandt and Cavalier concerning the validity of the '578 Patent.

41. Rembrandt denies the allegations of this paragraph.

### Prayer For Relief

WHEREFORE, Plaintiff and Counter-Defendant, Rembrandt prays that Cavalier's Counterclaims be dismissed with prejudice, that Cavalier take nothing by reason of its Counterclaims, that Rembrandt be awarded the relief sought in its Complaint, its attorneys' fees, costs and expenses in this action, and that the Court grant Rembrandt such other and further relief as the Court may deem just and proper.

Date:   December 10, 2008                    Respectfully Submitted,

                                             _____/s/_____
                                             Virginia W. Hoptman (VSB # 65565)
                                             Womble Carlyle Sandridge & Rice, PLLC
                                             8065 Leesburg Pike, Fourth Floor
                                             Vienna, VA 22182
                                             Telephone: (703)790-3310
                                             Facsimile: (703) 790-2623
                                             Email: vhoptman@wcsr.com

George Pazuniak (DE Bar No. 478)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: gpazuniak@wcsr.com

Timothy G. Barber (NC Bar No. 12851)
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
Telephone: (704)331-4900)
Facsimile: (704) 338-7839
Email: tbarger@wcsr.com

*Attorneys for Plaintiff Rembrandt Data Technologies, LP*

**CERTIFICATE OF SERVICE**

       I, Virginia W. Hoptman of Womble Carlyle Sandridge & Rice, PLLC, hereby certify that on December 10, 2008, I caused to have a copy of the foregoing *Answer to Cavalier's Counterclaims* to be served via email on the following:

Alan Lee Whitehurst
Tom Davison
Patrick John Flinn
Alston & Bird LLP
950 F St NW
Washington, DC 20004-1404
(202) 756-3300
Fax : (202)756-3333
Email: AOL-Rembrandt@aolston.com
Counsel for AOL LLC

Charles R. Bruton
Scott Lloyd Smith
Buchanan Ingersoll & Rooney, PC
1737 King Street, Suite 500
Alexandria, VA 223 14-2727
Tel: (703) 836-6620
Fax: (703) 836-2021
Email: charles.bruton@bipc.com
lloyd.smith@bipc.com
Counsel for Defendant
Cavalier Telephone, LLC

Brian Andrea
Mark L. Whitaker
Michael J. Bell
Howrey LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Email: andreab@howrey.com
WhitakerMark@howrey.com
BellM@howrey.com
Counsel for The Brink's Company
and Brink's Home Security, Inc.

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354
Fax: (703) 549-2604
Email: craig.reilly@ccreillylaw.com
Counsel for DIRECTV, Inc.

David M. Young
Scott L. Robertson
Jennifer A. Albert
Robert D. Spendlove
J. Anthony Downs
Lana S. Shiferman
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
Email: HPRembrandt@goodwinprocter.com
Counsel for Hewlett-Packard Company

Michael Harry Jacobs
Clyde Elbert Findley
William Jonathan Sauers
Michael J. Songer
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
Fax: (202) 628-5116
Email: mjacobs@crowell.com
cfindley@crowell.com
wsauers@crowell.com
msonger@crowell.com
Counsel for Defendants Canon U.S.A., Inc., Canon Business Solutions, Inc., and Canon Information Technology Services, Inc.

| | |
|---|---|
| Hannah Lim<br>Tyco International<br>9 Roszel Road<br>Princeton, NJ  08540<br>(609) 720-4624<br>Fax: (609) 720-4319<br>Email: hlim@tyco.com<br>Counsel for ADT Security Services, Inc. | Alex Pilmer<br>Giam Nguyen<br>Kirkland & Ellis LLP<br>777 S. Figueroa St., Suite 3700<br>Los Angeles, CA 90017<br>213.680.8405<br>Email: Directv_Rembrandt_OC@kirkland.com<br>Counsel for DIRECTV, Inc. |

William B. Porter
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA  22030
(703) 691-1235
(703) 691-3913
jkeith@blankeith.com
wporter@blankeith.com
dortiz@blankeith.com
mark.levine@bartlit-beck.com
glen.summers@bartlit-beck.com
sean.grimsley@bartlit-beck.com
katherine.minarik@bartlit-beck.com
jodi.loper@bartlit-beck.com

          /s/
Virginia W. Hoptman (VSB # 65565)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike, Fourth Floor
Vienna, VA  22182
Telephone:   (703) 790-3310
Facsimile:   (703) 790-2623
Email:  vhoptman@wcsr.com

Attorneys for Plaintiff *Rembrandt Data Technologies, LP*