UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:08-cv-1009 (GBL/IDD) |
| | ) |
| AOL, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendants' Motion to Compel Supplemental Infringement Contentions [174] and Hewlett-Packard Company's Supplemental Motion to Compel Plaintiff Rembrandt Data Technologies [179] are GRANTED IN PART and DENIED IN PART; it is further

ORDERED that the Plaintiff supplement its Initial Disclosure of Asserted Claims and Infringement Contentions by Friday, February 13, 2009; it is further

ORDERED that the Defendants' obligations in the Joint Discovery Plan regarding their Preliminary Invalidity Contentions are stayed until Friday, February 27, 2009; and it is further

ORDERED that the parties appear for a status conference on Thursday, March 5, 2009 at 10 a.m.

The Clerk is directed to forward copies of this Order to

counsel of record.

ENTERED this 30th day of January, 2009.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia