UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
F I L E D
APR - 1 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

| | | |
|---|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-cv-1009 (GBL/IDD) |
| | ) | |
| AOL, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that the Motion to Compel and for Other Relief [220] brought by Defendant DirecTV, Inc. ("DirecTV") is GRANTED IN PART and DENIED IN PART; it is further

ORDERED that Rembrandt Data Technologies, LP ("Rembrandt") test any authenticated boxes at DirecTV's facilities by Tuesday, April 7, 2009 at 5:00 p.m.; it is further

ORDERED that, pursuant to the Court's March 13, 2009 Order, the results of the testing performed shall be provided to Rembrandt's expert, Barry Aronson, to supplement Rembrandt's infringement contentions; it is further

ORDERED that by Thursday, April 16, 2009 at 5:00 p.m., Rembrandt shall utilize all of the information it has acquired to date to provide DirecTV with a final supplement to its infringement contentions; it is further

ORDERED that DirecTV's obligations under the Joint Discovery

Plan are STAYED WITHOUT PREJUDICE until Friday, April 30, 2009 at

5:00 p.m.

     The Clerk is directed to forward copies of this Order to

counsel of record.

     ENTERED this 1st day of April, 2009.


                                        /s/
                                   Ivan D. Davis
                                   United States Magistrate Judge


Alexandria, Virginia