IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:08-cv-1009 GBL/IDD |
| | ) |
| v. | ) |
| | ) |
| AOL, LLC; CAVALIER TELEPHONE, LLC; THE BRINK'S COMPANY; BRINK'S HOME SECURITY, INC.; ADT SECURITY SERVICES, INC.; DIRECTV, INC.; HEWLETT-PACKARD COMPANY; CANON U.S.A., INC.; CANON BUSINESS SOLUTIONS, INC. and CANON INFORMATION TECHNOLOGY SERVICES, INC. | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 26(a)(2)(C) and 37(c)(1) and Paragraph 4 of the Court's Scheduling Order dated December 10, 2008 (as amended by the Court's Order of April 10, 2009), Defendant Hewlett-Packard Company ("HP") has moved that the Court exclude Plaintiff's putative damages expert, Christopher Bokhart, from offering expert testimony at trial in this matter. Upon consideration of the arguments of the parties, the Court GRANTS the motion. Specifically, the Court ORDERS that Mr. Bokhart's testimony shall be excluded from trial in this matter.

It is so ORDERED.

Dated: May __, 2009

_____
UNITED STATES DISTRICT JUDGE