IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Rembrandt Data Technologies, LP, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08cv1009(GBL) |
| AOL, LLC, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER is before the Court on Defendants Canon U.S.A., Inc., Canon Business Solutions, Inc. and Canon Information Technology Services, Inc.'s Motion for Summary Judgment and Defendant DIRECTV's Motion for Summary Judgment. In its Order of August 21, 2009, the Court granted Canon U.S.A., Inc., Canon Business Solutions, Inc. and Canon Information Technology Services, Inc.'s Motion for Summary Judgment and DIRECTV's Motions for Summary Judgment.

From the foregoing it is hereby

ORDERED that JUDGMENT is ENTERED in favor of Defendants Canon U.S.A., Inc., Canon Business Solutions, Inc. and Canon Information Technology Services, Inc. and Defendant DIRECTV's and against Plaintiff Rembrandt Data Technologies, LP.

The Clerk is DIRECTED to ENTER JUDGMENT pursuant to

Federal Rule of Civil Procedure 58.

    The Clerk is directed to forward a copy of this Order to Counsel.

    Entered this 21st day of August, 2009.

Alexandria, Virginia
08/ 21 /09

                                              /s/
                                Gerald Bruce Lee
                                United States District Judge