```
4cca-30    REV. 10/30/07        TRANSMITTAL SHEET
                                (Notice of Appellate Action)
```

| | | |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>**Eastern** DISTRICT OF **Virginia**<br>at **Alexandria**<br>Caption:<br><br>Rembrandt Data Technologies, LP<br>v.<br>AOL, LLC, et al. | District Court No.:<br>**1:08cv1009**<br><br>4CCA No.: _____<br><br>Consolidated with No.: _____<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: **9/21/09**<br><br>2. Amended NOA filed: | 4. Fees<br>    ___ USA no fee required<br>$5 filing fee:    ✓ paid    ___ unpaid<br>$450 docket fee:    ✓ paid    ___ unpaid<br>Pauper status: ___granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ___No   3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>**Gerald Bruce Lee** | 5. Materials Under Seal in District Court: ✓ Yes ___ No<br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>**Renecia Wilson**<br><br>Coordinator:<br>**Maria Hewitt** | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness    Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**    TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD     ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES    ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ☐ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ✓ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ✓ YES ___ NO<br>All transcript on file? ___ YES ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: **Kathy Lau**      Phone: **(703) 299-2101**      Date: **09/25/09**