IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



REMBRANDT DATA TECHNOLOGIES, LP

*Plaintiff,*

v().

AOL, LLC, *et al.*

*Defendants.*

Case No.: 1:08:cv-1009 GBL/IDD

## ORDER

Pursuant to the Parties' representation that they anticipate that the remaining issues will soon be resolved and that they and need additional time to memorialize that agreement in writing, it is hereby

ORDERED that this matter is continued until September 16, 2011, by which time the Parties are directed to file a written agreement memorializing their verbal understanding resolving all outstanding issues.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 15th day of August, 2011.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia