IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP<br><br>*Plaintiff,*<br><br>v.<br><br>AOL, LLC, *et al.*<br><br>*Defendants.* | Case No.: 1:08:cv-1009 GBL/IDD |

## ORDER

It is herby ordered that the Stipulated Order of Dismissal and Judgment submitted to the Court by Plaintiff Rembrandt Data Technologies, LP and Defendants Canon U.S.A., Inc., Canon Business Solutions, Inc., Canon Information Technology Services, Inc., and Hewlett-Packard Company is approved by the Court.

SO ORDERED this 20th day of September 2011.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia

Gerald Bruce Lee
United States District Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| REMBRANDT DATA TECHNOLOGIES, LP<br><br>*Plaintiff,*<br><br>v.<br><br>AOL, LLC, *et al.*<br><br>*Defendants.* | Case No.: 1:08:cv-1009 GBL/IDD |

## STIPULATED ORDER OF DISMISSAL AND JUDGMENT

Plaintiff, Rembrandt Data Technologies, LP ("Rembrandt") and Defendants Canon U.S.A., Inc., Canon Business Solutions, Inc., and Canon Information Technology Services, Inc. (collectively, "Canon"), and Hewlett-Packard Company ("HP"), by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. This is a patent infringement action brought by Rembrandt against Canon and HP and several other defendants. Only Canon and HP remain as defendants in the case.

2. This Court has jurisdiction over the claims and counterclaims in this action pursuant to 28 U.S.C. §§ 1331, 1338, and 2202.

3. Rembrandt and Canon, by and through their undersigned counsel and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to the dismissal of all remaining claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) with prejudice and on the merits, and with each side to bear its own costs except as the settlement agreement between them otherwise provides.

2

4. Rembrandt and HP, by and through their undersigned counsel and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to the dismissal of all remaining claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) with prejudice and on the merits, and with each side to bear its own costs except as the settlement agreement between them otherwise provides.

5. Rembrandt, Canon, and HP agree that entry of this Stipulated Order of Dismissal and Judgment renders moot Canon's and HP's requests for costs under Fed. R. Civ. P. 54(d)(1) previously briefed by the parties.

**MOTION GRANTED.**

Entered this 20th day of Sept. 2011

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

2

Dated: September 14, 2011

| | |
|---|---|
| /Michael H. Jacobs/ (by permission) | /Michael H. Jacobs/ |
| Virginia Whitner Hoptman VSB #65565 | Michael H. Jacobs  VSB #41006 |
| Womble Carlyle Sandridge & Rice PLLC | mjacobs@crowell.com |
| 8065 Leesburg Pike | Michael J. Songer (admitted *pro hac vice*) |
| Tysons Corner, VA  22182-2738 | msonger@crowell.com |
| vhoptman@wcsr.com | William J. Sauers (admitted *pro hac vice*) |
| | wsauers@crowell.com |
| *Counsel for Rembrandt Data* | Crowell & Moring LLP |
| *Technologies, LP* | 1001 Pennsylvania Avenue, NW |
| | Washington, D.C.  20004-2595 |
| | Telephone:  (202) 624-2500 |
| | Facsimile:  (202) 628-5116 |
| | |
| | *Counsel for Defendants Canon U.S.A., Inc.,* |
| | *Canon Business Solutions, Inc., and Canon* |
| | *Information Technology Services, Inc., and* |
| | *Hewlett-Packard Company* |

3